■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HECTOR AMARO, Appellant.—Judgment, Supreme Court, Bronx County (Burton Hecht, J.), rendered on June 17, 1981, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Murphy, P. J., Kupferman, Carro, Ellerin and Smith, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KIRK PERLMUTTER, Appellant.—Judgment, Supreme Court,

New York County (George Roberts, J.), rendered on August 21, 1984, unanimously affirmed.